IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01113-RPM-MEH

J & J SPORTS PRODUCTIONS, INC.
f/k/a GARDEN CITY BOXING CLUB, INC.,

        Plaintiff,

v.

JESUS R. ROSALES, individually and
d/b/a EL VIVA VILLA MEXICAN RESTAURANT,

        Defendant.

_____

ORDER FOR ENTRY OF JUDGMENT
_____

Upon review of the recommendation of United States Magistrate Judge Michael E. Hegarty, filed January 30, 2008, and a review of the pleadings, the Court accepts and incorporates by reference the findings and conclusions of the Magistrate Judge with the exception of the finding and conclusion that there is no basis for individual liability of the defendant Rosales. The Magistrate Judge has analyzed the case as if the business were being conducted by an entity other than the individual defendant. The allegations of the complaint allege that the individual defendant is doing business as the business name and that the plaintiff is unable to say whether there is another entity. Entry of judgment against a business name is a futility. Accordingly, the Court accepts that the defendant is the proprietor of the business establishment using the business name identified. It is now

ORDERED that the Clerk shall enter judgment for the plaintiff J & J Sports Productions, Inc., awarding the statutory damages, enhanced damages, attorney's fees and costs as set forth in the Magistrate Judge's recommendation.

DATED: February 28th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge